# EXHIBIT 3

Edgen Murray Corporation's
First Amended Complaint

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § § **PERMICO MIDSTREAM PARTNERS** § **HOLDINGS, LLC,** *et al.*, § § **Debtors** § § _____ § § **EDGEN MURRAY CORPORATION,** § § **Plaintiff,** § § **v.** § § **PERMICO MIDSTREAM PARTNERS,** § **LLC and HGC MIDSTREAM INV LLC,** § § **Defendants.** § | | **Chapter 11** **Case No. 20-32437 (MI)** **(Jointly Administered)** **Adversary No. 20-03173** |

## DECLARATION OF JASON HOLLAND

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Jason Holland. I am at least 21 years of age, of sound mind, capable of making this declaration on personal knowledge, and fully competent to testify to the matters stated herein.

2. I am the Managing Member of Oso Development Partners, LLC ("Oso").

3. I have personal knowledge of the Purchase Orders for the sale and purchase of a substantial quantity of line pipe between Permico Midstream Partners, LLC ("Permico") and Edgen Murray Corporation ("Edgen").

4. As the Buyer's Representative for Permico, I was involved in and have personal knowledge of arranging and coordinating shipping and storage of the Pipe with Edgen and Swan Pipeline Services, LLC ("Swan") at several Swan Yards.

5. On or about August 20, 2019, I learned that the mill where the Pipe was fabricated could not store the Pipe. This situation gave rise to a discussion and an agreement that Swan would receive the Pipe at the Swan Yards, but would do so on behalf of Edgen and not Permico.

6. On or about August 20-21, 2019, prior to shipping or delivery of the Pipe to the Swan Yards, I understood and agreed on behalf of Oso and Permico, that Swan would hold the Pipe on behalf of Edgen at the Swan Yards, acknowledge that Edgen owned and held title to the Pipe, and that Swan was not to release any Pipe to Permico, Oso, or any other third party without authorization and approval from Edgen.

7. Swan commenced offloading Pipe from railcars around the second week of September 2019, and stored the Pipe thereafter at the Swan Yards until it was instructed by Edgen, with no involvement of Oso or Permico, to release the Pipe over the last several months of 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2022.

_____
Jason Holland