# EXHIBIT 4

Edgen Murray Corporation's
First Amended Complaint

| | |
|---|---|
| **From:** | Jason Holland |
| **To:** | Jeff Johnson |
| **Subject:** | RE: American Pipe |
| **Date:** | Wednesday, August 21, 2019 9:24:18 AM |
| **Attachments:** | image001.png |
| | image002.jpg |

Jeff,

Wouldn't want to keep the pigs from the slop, so assume the lawyers will have plenty of back and forth.  May be good to mirror the language from the PO that notes title and payment terms on pipe stating the same.

Jordan Fickesson, Permico's controller/finance lead will be the final invoice gatekeeper, but it will run through us for verification.  I will reach out to her and figure out what works for her schedule.

**Regards,**

**Jason Holland**
**(432) 813 – 8805**
**Jason.Holland@osopartners.com**



**From:** Jeff Johnson <Jeff.Johnson@edgenmurray.com>
**Sent:** Wednesday, August 21, 2019 9:20 AM
**To:** Jason Holland <jason.holland@osopartners.com>
**Subject:** RE: American Pipe

We are getting everything worked out on our end.  We will need to draft a letter for Swan stating something to the effect of no pipe shall be released to Oso/Permico until authorization from Edgen.  Of course, it will be longer than that as I believe the lawyers get paid by the word.

Also, our VP of finance would like to have a meeting to discuss billing.  Where will the bills go?  Who do we bill?  Address, contact, etc.  We can do it over the phone.  When might you, and those involved, be available for a call?



**Jeff Johnson**
Director – Line Pipe Projects & Programs

**Edgen Murray Corporation**
An Edgen Group Company

10370 Richmond Avenue, Suite 900, Houston, TX 77042, USA

Phone: +1.713.268.7200

Direct: +1.713.268.7240 | Mobile: +1.713.263.4461

www.edgengroup.com

---

**From:** Jason Holland [mailto:jason.holland@osopartners.com]
**Sent:** Wednesday, August 21, 2019 7:40 AM
**To:** Jeff Johnson <Jeff.Johnson@edgenmurray.com>; Andy Fox <andy.fox@edgenmurray.com>; Greg Baker <greg.baker@edgenmurray.com>
**Cc:** Jeff Beicker <jbeicker@permicoenergia.com>; Michael Sambasile <msambasile@permicoenergia.com>; Austin Terry <austin.terry@osopartners.com>
**Subject:** RE: American Pipe

Gents,

As an update, we have issued a final working draft of the contract to Swan late yesterday evening, and will work with Chris and his team today to finalize and ensure American has a place to go with the pipe.  I know you guys are working diligently on options, but the sooner we can get confirmation on what Edgen and American has worked out the better we can align all of the moving pieces.

As always, thanks for the help on this.

**Regards,**

**Jason Holland**
**(432) 813 – 8805**
**Jason.Holland@osopartners.com**



---

**From:** Jason Holland
**Sent:** Tuesday, August 20, 2019 8:28 AM
**To:** Jeff Johnson <Jeff.Johnson@edgenmurray.com>; Andy Fox <andy.fox@edgenmurray.com>; greg.baker@edgenmurray.com
**Cc:** Jeff Beicker <jbeicker@permicoenergia.com>; Michael Sambasile <msambasile@permicoenergia.com>; Austin Terry <austin.terry@osopartners.com>
**Subject:** American Pipe

Gents,

In talking with Mark at American, they are not going to be able to stop production without serious downside.  They have no available capacity for storage on site, as communicated by your team last week, and have cars lined up with BNSF for not just the first shipment, but the entire order to ensure

the continuity of their process.  They intend to start coating pipe today, and have ~300,000 LF ready to go.

I've spoken with Chris at Swan, and he is working up the cost to take all of what American has in production, and is willing to carry storage for 60 days from DDP to a November payment date.  We are working the MSA today to finalize.  We need to have a chat this morning on going back to the original agreed to plan - for Edgen to carry the pipe, and hold title per the PO - until the late October/1st of November payment from FID.

Please let me know your earliest availability for a call to discuss, I will be in Permico's office this morning.

**Regards,**

**Jason Holland**
**(432) 813 – 8805**
**Jason.Holland@osopartners.com**



*****Email Confidentiality Footer*****
This email and any files transmitted with it are privileged, confidential and/or protected by work product immunity or other legal rules. This transmission is intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error, you may not copy or disseminate this message in any manner. Please notify us by return email that you received this transmission in error, and delete it from your computer. The integrity and security of this message cannot be guaranteed on the Internet.