# EXHIBIT 2



| | | | |
|---|---|---|---|
| **Date:** | 08/18/2022 | **Reference:** | 016174/0001 |
| **Organization:** | PERMICO MIDSTREAM PARTNERS HOLDINGS, LLC | | |
| **Jurisdiction:** | Secretary of State, TX | | |
| **Index Searched:** | UCC/Federal Lien | **Searched Through:** | 08/09/2022 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings | | |
| **Copy Cost Limit:** | $50.00 | | |

THE UNIFORM COMMERCIAL CODE INDEX MAINTAINED BY THE TEXAS SECRETARY OF STATE REFLECTS THE FOLLOWING EFFECTIVE FILINGS THROUGH 08/09/2022:

NONE OF RECORD

*Capitol Services, Inc. and its affiliates make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*





| | | | |
|---|---|---|---|
| **Date:** | 08/18/2022 | **Reference:** | 016174/0001 |
| **Organization:** | PERMICO MIDSTREAM PARTNERS LLC | | |
| **Jurisdiction:** | Secretary of State, TX | | |
| **Index Searched:** | UCC/Federal Lien | **Searched Through:** | 08/09/2022 |
| **Copies Requested:** | All Copies Excluding Lapsed Filings | | |
| **Copy Cost Limit:** | $50.00 | | |

THE UNIFORM COMMERCIAL CODE INDEX MAINTAINED BY THE TEXAS SECRETARY OF STATE REFLECTS THE FOLLOWING EFFECTIVE FILINGS THROUGH 08/09/2022:

Financing Statement Number: 18-0000398069 filed on January 04, 2018 at 10:28 AM

DEBTOR:    Permico Midstream Partners, LLC, 9301 SW Freeway, Houston TX 77074

SECURED PARTY:    Berry GP, Incorporated dba Berry Contracting, Incorporated, 5005 Riverway, Suite 440, Houston TX 77056

TERMINATION Number:  19-00157241 filed on April 30, 2019 at 12:15 PM


Financing Statement Number: 19-0015841190 filed on April 30, 2019 at 4:31 PM

DEBTOR:    PERMICO MIDSTREAM PARTNERS LLC, 9301 SOUTHWEST FREEWAY, SUITE 308, Houston TX 77074

SECURED PARTY:    HGC MIDSTREAM INV LLC, 300 FRANK W. BURR BOULEVARD, SUITE 52, Teaneck NJ 07666

COLLATERAL CHANGE Number:  22-00350868 filed on July 14, 2022 at 08:00 AM


Total Number of Filings:  2

*Capitol Services, Inc. and its affiliates make no express or implied representation or warranty regarding search reports. All liability shall be limited to the amount of the fee paid for the report.*

Capitol Services, Inc.  ★  PO Box 1831  ★  Austin, TX 78767  ★  (800) 345-4647


9-13622077U

**UCC FINANCING STATEMENT**
**FOLLOW INSTRUCTIONS**

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Jordan Fickessen 7139551888 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>Jordan Fickessen<br>9301 SW Freeway<br>Suite 308<br>Houston, TX 77074<br>USA | **FILING NUMBER:** 18-0000398069<br>**FILING DATE:** 01/04/2018    10:28 AM<br>**DOCUMENT NUMBER:** 786061330002<br>**FILED:** Texas Secretary of State<br>IMAGE GENERATED ELECTRONICALLY FOR WEB FILING<br>THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Permico Midstream Partners, LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9301 SW Freeway | Houston | TX | 77074 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Berry GP, Incorporated dba Berry Contracting, Incorporated | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5005 Riverway, Suite 440 | Houston | TX | 77056 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
Contracts, Licenses, Permits, Approvals, Agreements, and Warranties

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☑ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Delaney Corporate Services, Ltd
823 Congress Avenue, Suite P-4
Austin, Texas 78701

RECEIVED
APR 3 0 2019
CLK 81

19-00157241
04/30/2019 12:15 PM
FILED
TEXAS SECRETARY OF STATE
SOS
885547200002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
18-0000398069   01/04/2018

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☒ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME
Berry GP, Incorporated dba Berry Contracting, Incorporated

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
Filed with: TX - Secretary of State; Debtor: PERMICO MIDSTREAM PARTNERS LLC

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
UCC Filing Department   800-828-0938

B. E-MAIL CONTACT AT FILER (optional)
alb.UCC.filings@cogencyglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Return Acknowledgement to:
Capitol Services, Inc.
PO Box 1831
Austin, TX 78767
800.345.4647

19-0015841190
04/30/2019 04:31 PM
FILED
TEXAS SECRETARY OF STATE
SOS
885719770004

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Permico Midstream Partners LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 9301 Southwest Freeway, Suite 308 | Houston | TX | 77074 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HGC Midstream INV LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 300 Frank W. Burr Boulevard, Suite 52 | Teaneck | NJ | 07666 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All assets of the Debtor, whether now owned or hereafter acquired, developed or created.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: TX - Secretary of State

F#684932
A#945944

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

```
22-00350868
07/14/2022 08:00 AM
FILED
TEXAS
SECRETARY OF STATE
SOS

1162516160003
```

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Cheri Olivo   713-266-6518   colivo@porterhedges.com

B. E-MAIL CONTACT AT FILER (optional)
colivo@porterhedges.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Return Acknowledgement to:
Capitol Services, Inc.
PO Box 1831
Austin, TX 78767
800.345.4647
CAPITOL SERVICES
1312183
N3

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
19-0015841190 (Initial filing date: 04/30/2019)

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE**:
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c ☐ ADD name: Complete item 7a or 7b, and item 7c ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION**: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. **CHANGED OR ADDED INFORMATION**: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☑ **COLLATERAL CHANGE**: Also check one of these four boxes: ☐ ADD collateral ☑ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:
The following Collateral is specifically deleted:
All line pipe that was the subject of (i) the Purchase Order, dated May 7, 2019, between Corpac Steel Products Corp. and Debtor for certain line pipe at a price of approximately $29,904,520.00 (the "SeAH Order"), (ii) the Purchase Order, dated May 7, 2019, between Corpac Steel Products Corp. and Debtor for certain line pipe at a price of approximately $18,273,193.10 (the "Stock Order"), and (iii) the Purchase Order, dated May 7, 2019, between Corpac Steel Products Corp. and Debtor for certain line pipe at a price of approximately $47,604,329.74 (the "Salzgitter Order") -including line pipe described in Exhibit A attached hereto.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME
**HGC Midstream INV LLC**

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
016174-0001 - Permico Midstream Partners LLC    TX SOS

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## Exhibit A to UCC Financing Statement Amendment

|    | Quantity      | Description |
|----|---------------|-------------|
| 1  | 19,290 LF     | 24" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .438WT, Triple Random Length, 14 - 16 mils FBE with 24 - 30 mils ARO Mannesmann Line Pipe, Germany |
| 2  | 511,317.7 LF  | 24" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .375 WT, Triple Random Length, 14 - 16 mils FBE Mannesmann Line Pipe, Germany |
| 3  | 53,040.00 LF  | 16" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .281 WT, Triple Random Length, 14 - 16 mils FBE with 24-30 Mils ARO Mannesmann Line Pipe, Germany |
| 4  | 7,960 LF      | 24" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .438WT, Double Random Length, Bare Pipe - No Coating Mannesmann Line Pipe, Germany |
| 5  | 2,560 LF      | 24" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, 562WT, Double Random Length, Bare Pipe - No Coating Mannesmann Line Pipe, Germany |
| 6  | 6,320 LF      | 16" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .500WT, Double Random Length, Bare Pipe - No Coating Mannesmann Line Pipe, Germany |
| 7  | 80,000 LF     | 24" API Standard 5L Line Pipe, Grade X70 PSL2 ERW, 0.375" WT, Quad Random Length 14 - 16 mils FBE SeAH, South Korea |
| 8  | 716,496 LF    | 16" API Standard 5L Line Pipe, Grade X70 PSL2 ERW, 0.250" WT, Quad Random Length, 14 - 16 mils FBE SeAH, South Korea |
| 9  | 21,527 LF     | 16" API Standard 5L Line Pipe, Grade X52 PSL2 ERW, .312WT, Triple Random Length. 14 - 16 mils FBE -Corpac Stock |
| 10 | 9,440 LF      | 16" API Standard 5L Line Pipe, Grade X52 PSL2 ERW, .312WT, Triple Random Length, 14 - 16 mils FBE Corpac Stock |
| 11 | 69,395.56 LF  | 16" API Standard 5L Line Pipe, Grade X52 PSL2 ERW, .312WT, Triple Random Length, 14 - 16 mils FBE Corpac Stock |
| 12 | 16,631.2 LF   | 16" API Standard 5L Line Pipe, Grade X52 PSL2 ERW, .312WT, Triple Random Length, 14 - 16 mils FBE Corpac Stock |
| 13 | 42,111.30 LF  | 16" API Standard 5L Line Pipe, Grade X52 PSL2 ERW, .312WT. Triple Random Length, 14 - 16 mils FBE Corpac Stock |

| 14 | 53,039.10 LF | 16" API Standard 5L Line Pipe, Grade X52 PSL2 ERW, .312WT, Triple Random Length, 14 – 16 mils FBE Corpac Stock |
|---|---|---|
| 15 | 8,476.00 LF | 16" API Standard 5L Lint Pipe, Grade X52 PSL2 ERW, .312WT, Double Random Length, 14-16 mils FBE Corpac Stock |
| 16 | 4,569.47 LF | 16" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .281WT, Triple Random Length, 14 - 16 mils FBE Corpac Stock |
| 17 | 1,460.43 LF | 16" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .281WT, Double Random Length, 14 - 16 mils FBE Corpac Stock |
| 18 | 3,135.70 LF | 16" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .250 WT, Double Random Length, 14 - 16 mils FBE Corpac Stock |
| 19 | 32,408.58 LF | 16" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .250 WT, Triple Random Length, 14 - 16 mils FBE Corpac Stock |
| 20 | 12,724.80 LF | 16" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .250 WT, Triple Random Length, 14 - 16 mils FBE Corpac Stock |
| 21 | 23,969.90 LF | 16" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .250 WT, Triple Random Length, 14 - 16 mils FBE Corpac Stock |
| 22 | 43,250.00 LF | 24" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .375 WT, Double Random Length,14 – 16 mils FBE Corpac Stock |
| 23 | 6,950 LF | 24" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .375 WT, Double Random Length, 14 – 16 mils FBE Corpac Stock |
| 24 | 13,180.50 LF | 24" API Standard 5L Line Pipe, Grade X70 PSL2 ERW, .375 WT, Double Random Length, 14 – 16 mils FBE Corpac Stock |

Some of the foregoing described pipe has been sold by Corpac Steel Products Corp. pursuant to authority granted in that certain ORDER GRANTING EMERGENCY MOTION OF WILLIAM R. GREENDYKE CHAPTER 11 TRUSTEE FOR AUTHORITY TO COMMENCE PIPE SALES PURSUANT TO TERMS OF PLAN SETTLEMENT TERM SHEET AND RELATED RELIEF entered on May 28, 2021 by the United States Bankruptcy Court for the Southern District of Texas, Houston Division in Jointly Administered Case No. 20-32437, styled *In re: Permico Midstream Partners Holdings, LLC, et al.*



# SEARCH FOR POSSIBLE
# SIMILAR DEBTOR NAME

Page: 1 of 1

| | |
|---|---|
| **Through Date:** | **AUG. 09, 2022** |
| **Name As Ordered:** | **PERMICO MIDSTREAM PARTNERS HOLDINGS, LLC** |
| | **PERMICO MIDSTREAM PARTNERS LLC** |
| **Truncated Name Entered:** | **PERMICO MIDSTREAM** |
| **Jurisdiction:** | **SECRETARY OF STATE – TEXAS** |

The following information was obtained from an independent third-party database. It is intended as a source of possible name variations. For a complete search of the official records on any of these names, please contact us.

| | | |
|---|---|---|
| PERMICO MIDSTREAM PARTNERS LLC | 9301 SOUTHWEST FREEWAY, SUITE 308 | |
| | Houston, TX | UCC |
| Permico Midstream Partners, LLC | 9301 SW Freeway, Houston, TX | UCC |

We make no guarantees, representations, or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions.