# EXHIBIT 6

PURCHASE ORDER NO. <u>18101.1002.0003</u>
(This purchase order number must be shown on all packages, invoices, shipping papers, and correspondence)

| <u>Seller:</u><br>Edgen Murray Corporation<br>10370 Richmond Ave., Suite 900<br>Houston, TX 77042 | <u>Invoice to:</u><br>Permico Midstream Partners, LLC<br>9301 SW Freeway, Suite 308<br>Houston, Texas 77074 |
|---|---|

| Buyer's Representative:<br>Jason Holland, Oso Development Partners, LLC<br>(432) 813 8805<br>Jason.holland@osopartners.com | Buyer's Purchasing Agent:<br>Jason Holland | Project:<br>Permico Midstream Partners, LLC<br>Companero Pipeline |
|---|---|---|

<u>Description (add schedule if further space required)</u>

| Date of Order | Delivery Terms | Delivered Via | Delivered to Buyer at |
|---|---|---|---|
| [May __], 2019 | 290,400 LF DDP Swan Transportation Yard - Carlsbad, NM<br>170,120 LF DDP Swan Transportation Yard – Big Lake, TX | Unit Train / Best Available – Per Quote | 290,400 LF DDP Swan Transportation Yard - Carlsbad, NM<br>170,120 LF DDP Swan Transportation Yard – Big Lake, TX |

| Item | Quantity | Goods | Delivery Date | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 460,520 LF | 24" API Standard 5L Line Pipe, Grade X65 PSL2 ERW, .375WT, Quad Random Length, 14 – 16 mils FBE<br><br>American Steel Pipe, Birmingham, Alabama | First delivery no earlier than July 10, 2019. Final delivery as per agreed upon schedule per Exhibit C. | $77.04/LF | $35,478,460.80 USD |
| Subtotal: | | | | | $35,478,460.80 |
| Price: | | | | | $35,478,460.80 |

The price set forth above is the total amount due to Seller for the Goods and Services described herein, except as expressly set forth herein or in the Purchase Order Terms and Conditions.

**Purchase Order Exhibits**

  **Exhibit A – Purchase Order Terms and Conditions**
  **Exhibit B – Payment Schedule**
  **Exhibit C – Delivery Date(s) and Liquidated Damages**
  **Exhibit D – Form of Change Order**
  **Exhibit E – Form of Lien and Claim Waivers**
  **Exhibit F – Form of Parent Guarantee**

34322384.v2

EXCEPT AS SPECIFIED IN THIS PURCHASE ORDER, THE FOLLOWING DOCUMENTS ARE EXPRESSLY INCORPORATED INTO THIS PURCHASE ORDER AND FORM PART OF THIS ORDER BY THE ACCEPTANCE HEREOF:

(1) All Exhibits to this Order.

*[Signatures on Following Page]*

CONFIDENTIAL                                                                                                    EM-HGC002623

THIS PURCHASE ORDER IS HEREBY AGREED UPON BY THE PARTIES AND HAS BEEN DULY AUTHORIZED BY ALL NECESSARY CORPORATE ACTION AND HAS BEEN EXECUTED AND DELIVERED BY AUTHORIZED REPRESENTATIVES OF EACH PARTY.

BUYER: PERMICO MIDSTREAM PARTNERS, LLC

By: _____

Print Name: **Jeff Beicker**

Title: **CEO**

Date: **7/19/19**

SELLER: [_____]

By: _____

Print Name: _____

Title: _____

Date: _____

*[Signatures for Purchase Order]*

CONFIDENTIAL                                                                                           EM-HGC002624